UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:16-023 |
| | ) | |
| MICHAEL OTTEY | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jacque D. Hawk** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jacque D. Hawk** be granted leave of absence for the following periods: **July 4, 2016 through July 8, 2016; July 25, 2016 through August 2, 2016; September 2, 2016 through September 6, 2016; November 23, 2016 through November 28, 2016; December 19, 2016 through December 30, 2016; January 26, 2017 through January 30, 2017; February 16, 2017 through February 21, 2017; and April 3, 2017 through April 10, 2017.**

This 17th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia