IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-023 |
| | ) | |
| MICHAEL OTTEY | ) | |
| DORZDOWSKI CHANCE | ) | |
| JEROME SHAW | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 114.) Therefore, a motions hearing for Defendants is not necessary, and all pending motions are **MOOT**. (Doc. nos. 12-13, 15-35, 37-57, 92, 94-100.)

SO ORDERED this 21st day of June, 2016, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA